STATE OF NEW JERSEY v. HAROLD FARR.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ISTVAN FARKAS.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL SCHLOBOHM.

September 5, 1984.

Petition for certification denied.

ERIKA B. KEARNEY v. CHARLES B. KEARNEY.

September 5, 1984.

Petition for certification denied.

MIRIMA E. KAYE v. J. WALTER KAYE.

September 5, 1984.

Petition for certification denied.